No. 279. WHITE SWAN CO. *v.* NATIONAL LABOR RELATIONS BOARD. October 13, 1941. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. H. C. A. Hofacker* for petitioner. *Assistant Solicitor General Fahy* and *Messrs. Warner W. Gardner, Robert B. Watts, Laurence A. Knapp,* and *Miss Ruth Weyand* for respondent.